| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>FRANCISCO BARCELLOS-RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-00154-KJM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO SEAL** |
| vs. | ) **ATTACHMENTS #1 AND #5 TO** |
| | ) **DEFENDANT'S MOTION TO SUPPRESS** |
| FRANCISCO BARCELLOS-RAMIREZ, | ) **STATEMENTS (ECF NO. 17)** |
| | ) |
| | ) Date: August 30, 2017 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Timothy H. Delgado Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Francisco Barcellos-Ramirez, that counsel jointly request a Court order sealing Exhibit A to the Defendant's Motion to Suppress (ECF No. 17-1) and the Defendant's Declaration (ECF No. 17-5). Both documents were attached to the Defendant's Motion to Suppress Defendant's Statements filed on August 2, 2017. (ECF No. 17.)

On August 2, 2017, defense counsel filed Mr. Barcellos-Ramirez's Motion to Suppress Statements with six supporting documents. Two attachments (Exhibit A, Agent Harris Report and Declaration of Defendant) contain Mr. Barcellos-Ramirez's date of birth, which is required

/////

STIPULATION AND ORDER TO SEAL  -1-  *U.S. v. Barcellos-Ramirez*, 2:16-cr-154-KJM

| | |
|---|---|
| 1 | to be redacted pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Local Rule |
| 2 | 140 (a). |

By this stipulation, the parties request the Court issue an order sealing both attachments to ensure Mr. Barcellos-Ramirez's privacy is protected. Defense counsel intends to re-file both attachments with Mr. Barcellos-Ramirez's date of birth properly redacted as soon as the Court orders the versions with personal identifying information sealed.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2017    */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
FRANCISCO BARCELLOS-RAMIREZ

Date: August 3, 2017    PHILLIP A. TALBERT
United States Attorney

*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds good cause to order Exhibit A to the Defendant's Motion to Suppress (ECF No. 17-1) and the Defendant's Declaration (ECF No. 17-5) be sealed. The Court orders both attachments will remain under seal until further order from the Court. Defense counsel shall re-file both documents with private information redacted as provided by the local rules, within seven (7) days.

DATED: August 8, 2017.

_____
UNITED STATES DISTRICT JUDGE