| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | TIMOTHY H. DELGADO |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:16-cr-0154-KJM |
| | Plaintiff, | **STIPULATION AND ORDER TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS** |
| | v. | |
| FRANCISCO BARCELLOS-RAMIREZ, | | [ECF No. 25] |
| | Defendant. | |

IT IS HEREBY STIPULATED, by and between Phillip A. Talbert, United States Attorney, and Timothy H. Delgado, Assistant U.S. Attorney, attorneys for Plaintiff, and Heather E. Williams, Federal Defender, and Jerome Price, Assistant Federal Defender, attorneys for defendant Francisco Barcellos-Ramierz, that counsel jointly request a Court order sealing the government's Opposition to Defendant's Motion to Suppress (ECF No. 25). As explained below, the government will refile a verbatim copy of its opposition with all personal identifiers redacted.

On August 2, 2017, defense counsel filed a Motion to Suppress Statements with six supporting documents. (*See* ECF No. 17.) On August 18, the government filed an opposition with three supporting exhibits. (ECF No. 25.) These three exhibits were not filed as separate docket entries (e.g., "25-1," "25-2," etc.), but rather, were attached to the government's primary filing.

Two of the government's exhibits—Exhibit A [Booking Report] and Exhibit B [Roe Report]— contain Mr. Barcellos-Ramirez's date of birth, which is required to be redacted under Rule 49.1 of the

1 | Federal Rules of Criminal Procedure and Local Rule 140(a).

2 | By this stipulation, the parties request that the Court issue an order sealing the government's opposition to ensure Mr. Barcellos-Ramirez's privacy is protected. Government counsel will refile a verbatim copy of the government's opposition filing with Mr. Barcellos-Ramirez's date of birth properly redacted as soon as the Court orders the version with the personal identifying information sealed.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 21, 2017

 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff
United States of America


HEATHER E. WILLIAMS
Federal Defender


Date: August 21, 2017

 */s/ THD for Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
Francisco Barcellos-Ramirez

## **ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, hereby adopts the parties' stipulation in its entirety as its order. The Court specifically finds good cause to order the Government's Opposition to Defendant's Motion to Suppress (ECF No. 25) be sealed. The Court orders that the filing remain under seal until further order from the Court. Government counsel shall re-file the Government's opposition within one day of the entry of this order with all private information properly redacted.

Dated: August 22, 2017

_____
UNITED STATES DISTRICT JUDGE